JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
KRYSTAL A. KEMP, ESQ.
Nevada Bar No. 10908
PYATT SILVESTRI &HANLON
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
T. (702) 383-6000
F. (702) 477-0088
kkemp@psh-law.com

Attorneys for Defendant,
WHIRLPOOL CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT JONES, an individual, | |
| Plaintiff, | |
| vs. | CASE NO.: 2:10-cv-01115-JCM-LRL |
| WHIRLPOOL CORPORATION, a foreign corporation; DOES 1-10 and ROE CORPORATIONS 1-10 inclusive, | SUBMITTED IN COMPLIANCE WITH LR 26-1(e) |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, that is, T. JAMES TRUMAN, ESQ., of the law firm of T. JAMES TRUMAN & ASSOCIATES, on behalf of Plaintiff, SCOTT JONES; and KRYSTAL A. KEMP, ESQ., of the law firm of PYATT SILVESTRI & HANLON, on behalf of Defendant, WHIRLPOOL CORPORATION, that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.

///

///

///

| | |
|---|---|
| 1    DATED this ____ day of December, 2010. | DATED this 6th day of ~~December, 2010~~ June 2011 |
| 2    T. JAMES TRUMAN & ASSOCIATES | PYATT SILVESTRI & HANLON |

T. JAMES TRUMAN, ESQ.
Nevada Bar No. 003620
3654 n Rancho Drive
Las Vegas, Nevada 89130
Attorneys for Plaintiff,
SCOTT JONES

JAMES P.C. SILVESTRI, ESQ.
KRYSTAL A. KEMP, ESQ.
PYATT SILVESTRI & HANON
700 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant,
WHIRLPOOL CORPORATION

## ORDER

IT IS SO ORDERED this 18th day of January, ~~2010~~ 2011 that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.

_____
U.S. DISTRICT COURT JUDGE

Submitted By:

PYATT SILVESTRI & HANLON

_____
KRYSTAL A. KEMP, ESQ.
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorney for Defendant,
WHIRLPOOL CORPORATION